NUMBER 13-05-032-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
A. E. JOHNSON,                                                              Appellant,

v.

JOE JOHNSON, JR., ET AL.,                                             Appellees.
___________________________________________________________________

On appeal from County Court at Law No. 1
of Harris County, Texas.
___________________________________________________________________

MEMORANDUM OPINION
 
Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam

         Appellant, A. E. JOHNSON, attempted to perfect an appeal from an order
entered by County Court at Law No. 1 of Harris County, Texas, in cause no. 816804. 
The clerk’s record was received on December 21, 2004. 
 
         Upon review of the clerk’s record, it appeared that the order from which this
appeal was taken was not a final appealable order. Additionally, it was noted that if
the order was in fact an appealable order, it appeared that the appeal had not been
timely perfected. Pursuant to Tex. R. App. P. 42.3, notice of these defects were given
so that steps could be taken to correct the defects, if it could be done. Appellant was
advised that, if the defects were not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed for want of jurisdiction. On March 11,
2005, appellant filed a response to this Court’s notice; however, the response fails to
correct the defects or show this Court’s jurisdiction.
         The Court, having considered the documents on file, is of the opinion that the
appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 9th day of June, 2005.